UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACI METCALF,<br>BRAD METCALF,<br><br>      Plaintiffs,<br><br>      v.<br><br>MICHELLE LYDAY,<br>LINDSEY BRUCE,<br>MICHAEL MCNEAR,<br>CORTNEY DEMETRIS,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 1:23-cv-00683-SEB-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by their complaint and this action is terminated.

Date:    11/5/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alexander Robert Carlisle
OFFICE OF THE ATTORNEY GENERAL
Alexander.Carlisle@atg.in.gov

Brad A. Catlin
Williams Law Group, LLC
brad@williamsgroup.law